UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIE LUCKETT and HARRY OWENS,

      Plaintiffs,

v.                                Case No:   6:15-cv-593-Orl-22DAB

SANFORD AUTO DEALERS EXCHANGE, INC.,

      Defendant.

---

**ORDER**

This cause is before the Court on Joint Motion for Approval of Settlement and Dismissal (Doc. No. 28) filed on December 15, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 16, 2015 (Doc. No. 29), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal is hereby GRANTED.

3. This case is hereby DISMISSED and the Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on December 28, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record